UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

| | | |
|---|---|---|
| In re: William P Hensley, Jr. | : | Chapter 13 |
| Melissa J. Hensley | | |
| | : | Case No. 20-10073 |
| Debtors | : | Judge Wise |

Order on Motion to Suspend Plan payments for 5 months

This matter having come before the Court on the motion of the Debtors to Suspend plan payments and to shorten notice and the Court having fully considered the matter and the Court having reviewed the complete record and having been sufficiently advised; it is hereby ordered:

The motion is sustained in full and the Debtors' chapter 13 plan payments shall be suspended for a period of 5 months beginning May 2020.

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, April 22, 2020**
(tnw)